## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PATERNO IMPORTS, LTD., d/b/a Paterno Wines International, <br><br> Plaintiff, <br><br> v. <br><br> LION NATHAN ENTERPRISES PTY LIMITED, <br><br> Defendant. | No. FILED: MARCH 21, 2008 <br> 08CV1674 RCC <br> JUDGE DARRAH <br> MAGISTRATE JUDGE MASON |

## COMPLAINT

Plaintiff Paterno Imports, Ltd. ("Paterno"), by its attorneys, McDermott, Will & Emery LLP, states as follows for its Complaint against Defendant Lion Nathan Enterprises Pty Limited ("Lion Nathan"):

## THE PARTIES

1. Paterno is an Illinois corporation with its principal place of business located in Lake Bluff, Illinois.

2. Lion Nathan is an Australian corporation, and its principal place of business is located in Sydney, Australia.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is wholly between a citizen of the United States and citizens of a foreign country.

4. Venue is proper in this District under 28 U.S.C. § 1391, in that a substantial part of the events giving rise to the claim occurred in this judicial district.

## **BREACH OF CONTRACT**

5. Paterno is a premier importer and marketer of premium and super-premium wines in the United States. Pursuant to the parties' agreement dated June 23, 2003 ("the Agreement"), a copy of which is attached Exhibit B, Paterno serves as the exclusive seller and marketer of Lion Nathan's wines in the United States. The Agreement does not expire until June 23, 2023 at the earliest.

6. Lion Nathan is an Australian-based corporation, primarily involved in the production and distribution of beer and wine. Lion Nathan owns the critically acclaimed Argyle winery in Oregon's Willamette Valley.

7. On December 19, 2007, Lion Nathan advised Paterno, without prior consultation, of its plans to implement price increases averaging more than 40% for the various Argyle wines, effective March 1, 2008.

8. After Lion Nathan confirmed these prices on January 24, 2008 at the parties "Annual Meeting," Paterno commenced an arbitration with the American Arbitration Association on February 5, 2008. In that arbitration, Paterno is seeking, among other things, a declaration that Lion Nathan breached the Agreement by setting the new prices in bad faith.

9. On February 28, 2008, Lion Nathan announced to Paterno new pricing and asserted that the pricing was effective two days later, March 1, 2008.

10. Section 5(B)(1) of the Agreement permits Lion Nathan to change the price of its wines, provided that Lion Nathan provides Paterno ninety (90) days notice of any such change.

11. Lion Nathan breached the Agreement by giving Paterno only two days notice of the new March 1, 2008 pricing.

12. This Complaint is being filed simultaneously with Paterno's Motion for Temporary Restraining Order and Preliminary Injunction and its Memorandum in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction. Paterno incorporates by reference the motion and memorandum, including but not limited to the Declaration of William Terlato, attached as Exhibit 1 to the memorandum, and the Agreement attached as Exhibit A, thereto.

13. Paterno has satisfied any and all conditions precedent to this claim.

WHEREFORE, Paterno respectfully requests that this Court:

A. Declare that Agreement prohibits implementation of the price change announced in Lion Nathan's February 28, 2008 until the notice period expires;

B. Temporarily and preliminarily enjoin Lion Nathan from implementing the prices announced February 28, 2008 until May 28, 2008;

C. Award Paterno all other relief deemed just and equitable by the Court.

Dated: March 21, 2008

        PATERNO IMPORTS, LTD., d/b/a
        Terlato Wines International

          s/Derek J. Meyer
            One of Its Attorneys

Derek J. Meyer
Holland M. Tahvonen
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000

CHI99 4958313-1.063476.0024