**FILED**

**MARCH 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

RCC

| In the Matter of | Case Number: |
|---|---|

PATERNO IMPORTS, LTD., d/b/a Terlato Wines International

v.

LION NATHAN ENTERPRISES PTY LIMITED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PATERNO IMPORTS, LTD.

| NAME (Type or print) |
|---|
| HOLLAND M. TAHVONEN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Holland M Tahvonen* |

| FIRM |
|---|
| MCDERMOTT WILL & EMERY LLP |

| STREET ADDRESS |
|---|
| 227 WEST MONROE STREET, SUITE 4400 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279900 | (312) 372-2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**