IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATERNO IMPORTS, LTD., d/b/a Terlato Wines International,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>LION NATHAN ENTERPRISES PTY LIMITED,  )<br><br>Defendant.  ) | No. 08 C 1674<br><br>The Honorable John W. Darrah |

**AMENDED NOTICE OF MOTION**

TO:   Maura K. Monoghan, Esq.          Arthur W. Friedman
       Mark P. Goodman, Esq.            Miller Shakman & Beem LLP
       Debevoise & Plimpton LLP         180 North LaSalle Street
       919 Third Avenue                 Suite 3600
       New York, New York  10022        Chicago, IL 60601

PLEASE TAKE NOTICE that we shall appear before the Honorable John W. Darrah at 10:00 a.m. on Tuesday, March 25, 2008, in Room 1203 at the United States District Court for the Northern District of Illinois at 219 South Dearborn, Chicago, Illinois, and then and there present Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, a copy of which was served upon you on Friday, March 21, 2008.

PATERNO IMPORTS, LTD., d/b/a Terlato
Wines International

_____
One of Its Attorneys

Derek J. Meyer
Holland M. Tahvonen
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

## CERTIFICATE OF SERVICE

I, Derek J. Meyer, an attorney, hereby certify that I caused a true and correct copy of Paterno Imports, Ltd.'s Amended Notice of Motion for Temporary Restraining Order and Preliminary Injunction on the following individuals via email on this 24th day of March 2008:

> Maura K. Monaghan, Esq.
> Mark P. Goodman, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
>
> Arthur W. Friedman
> Miller Shakman & Beem LLP
> 180 North LaSalle Street
> Suite 3600
> Chicago, IL 60601

By: _____
> Derek J. Meyer
> McDermott Will & Emery LLP
> 227 West Monroe Street
> Chicago, Illinois 60606-5096
> Telephone: 312.372.2000
> Facsimile: 312.984.7700

CHI99 4958919-2.063476.0024