

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 21 2008  EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PATERNO IMPORTS, LTD., d/b/a Terlato Wines International,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> LION NATHAN ENTERPRISES PTY LIMITED,  ) <br> ) <br> Defendant.  ) | No. 08 C 1674 <br><br> The Honorable John W. Darrah |

### PATERNO IMPORTS, LTD.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Paterno Imports, Ltd., d/b/a Terlato Wines International ("Paterno"), by its attorneys, and pursuant to Fed. R. Civ. P. 65, respectfully request that this Court enter a temporary restraining order and set this matter for an immediate preliminary injunction hearing. In support of its motion, Paterno has separately filed a Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, as well as the Affidavit of William A. Terlato.

Paterno requests that the Court temporarily enjoin Defendant Lion Nathan Enterprises Pty Limited ("Lion Nathan") from implementing the March 1, 2008 price increases announced in its letter of February 28, 2008 until May 28, 2008. This would provide Paterno with the ninety days notice required for price changes under the parties' agreement. Paterno also requests that the Court set this matter for an immediate preliminary injunction hearing.

Paterno notes for the Court that, as described in its supporting memorandum, it commenced an arbitration against Lion Nathan on February 5, 2008. That matter currently addresses whether Lion Nathan set its new pricing in bad faith. Paterno is providing the AAA

notice of this new dispute today. No arbitrator has yet been appointed in the arbitration and there is no arbitrator from whom Paterno can seek relief at this time. The law is clear that district courts are permitted to enter temporary restraining orders and preliminary injunctions on the behalf of aggrieved parties under the circumstances currently before the Court. *See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Salvano*, 999 F.2d 211, 214 (7th Cir. 1993) (upholding district court's grant of a temporary restraining order despite the existence of an arbitration agreement and noting that "'pro-arbitration policies . . . are furthered, not weakened, by a rule permitting a district court to preserve the meaningfulness of the arbitration by granting injunctive relief'") (citation omitted).

Paterno has furnished notice of this motion to counsel for Lion Nathan and copies of all papers have been sent to counsel.

Plaintiff has also filed a complaint on this date. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

DATED: March 21, 2007

Respectfully submitted,

PATERNO IMPORTS, LTD., d/b/a Terlato Wines International

_____
One of Its Attorneys

Derek J. Meyer
Holland M. Tahvonen
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

## CERTIFICATE OF SERVICE

I, Derek J. Meyer, an attorney, hereby certify that I caused a true and correct copy of Paterno Imports, Ltd.'s Motion for Temporary Restraining Order on the following individuals via Federal Express and Email on this 21st day of March 2008:

>Maura K. Monaghan, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, New York 10022

By: _____
Derek J. Meyer
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700

CHI99 4958849-1.063476.0024