

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PATERNO IMPORTS, LTD., d/b/a Terlato Wines International, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 1674 |
| LION NATHAN ENTERPRISES PTY LIMITED, | ) ) ) | The Honorable John W. Darrah |
| Defendant. | ) | |

### NOTICE OF MOTION

**MAR 2 1 2008**

**FILED**

MAR 2 1 2008  EA

TO:  Maura K. Monoghan, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that we shall appear before the Honorable John W. Darrah at 10:00 a.m. on Monday, March 24, 2008, in Room 1203 at the United States District Court for the Northern District of Illinois at 219 South Dearborn, Chicago, Illinois, and then and there present Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, a copy of which is attached hereto and served upon you.

PATERNO IMPORTS, LTD., d/b/a Terlato Wines International

_____
One of Its Attorneys

Derek J. Meyer
Holland M. Tahvonen
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

## CERTIFICATE OF SERVICE

    I, Derek J. Meyer, an attorney, hereby certify that I caused a true and correct copy of Paterno Imports, Ltd.'s Notice of Motion for Temporary Restraining Order and Preliminary Injunction on the following individuals via Federal Express and Email on this 21st day of March 2008:

        Maura K. Monaghan, Esq.
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, New York 10022

        By: _____
              Derek J. Meyer
              McDermott Will & Emery LLP
              227 West Monroe Street
              Chicago, Illinois 60606-5096
              Telephone: 312.372.2000
              Facsimile: 312.984.7700

CHI99 4958919-1.063476.0024