IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATERNO IMPORTS LTD, | ) | |
| d/b/a Terlato Wines International | ) | |
| | ) | No. 08 C 1674 |
| v. | ) | Judge John W. Darrah |
| | ) | |
| LION NATHAN ENTERPRISES PTY LTD. | ) | |

## NOTICE OF MOTION

TO:  Derek J. Meyer
Holland M. Tahvonen
McDermott, Will & Emery LLP
227 W. Monroe St.
Chicago, IL 60606

PLEASE TAKE NOTICE that we shall appear before the Honorable John W. Darrah at 10:00 a.m. on Tuesday, March 25, 2008, in Room 1203 at the United States District Court for the Northern District of Illinois at 219 S. Dearborn, Chicago, Illinois, and then and there present Defendant's Motion for Leave to File Instanter Memorandum of Law in Excess of Fifteen Pages, a copy of which was served upon you.

Dated:  March 24, 2008                    Respectfully submitted,

                          /s/ Arthur W. Friedman
                          Arthur W. Friedman

Arthur W. Friedman
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: 312.263.3700

Maura K. Monaghan
Mark P. Goodman
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022