U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Paterno Imports, Ltd. v. Lion Nathan Enterprises PTY Limited

Case Number: 08 cv 1674

FILED
08 cv 1674
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lion Nathan Enterprises PTY Limited

| | |
|---|---|
| NAME (Type or print) | |
| Arthur W. Friedman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Arthur W. Friedman | |
| FIRM | |
| Miller Shakman & Beem LLP | |
| STREET ADDRESS | |
| 180 N. LaSalle St., Suite 3600 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 00881996 | 312-263-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |