**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Paterno Imports, Ltd.
                              Plaintiff,

v.                                                          Case No.: 1:08−cv−01674
                                                            Honorable John W. Darrah

Lion Nathan Enterprises Pty Limited
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

   MINUTE entry before Judge Honorable John W. Darrah:Plaintiff's motion for a TRO [7] is denied. Detailed order to follow. Defendants' motion for leave to file excess pages [11] is granted. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.