IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATERNO IMPORTS, LTD., d/b/a Terlato Wines International, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) ) | No. 08 C 1674 | |
| LION NATHAN ENTERPRISES PTY LIMITED, ) ) | The Honorable John W. Darrah | |
| Defendant. ) | | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Paterno Imports, Ltd. d/b/a Terlato Wines International, by and through its undersigned attorneys, hereby voluntarily dismisses all claims against Defendant Lion Nathan Enterprises PTY Limited in the above-captioned matter without prejudice.


Dated:  April 10, 2008          PATERNO IMPORTS, LTD., d/b/a
                                 Terlato Wines International



                                 By:    s/ Derek J. Meyer
                                        One of Its Attorneys


Derek J. Meyer
Holland M. Tahvonen
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000
E-mail:  dmeyer@mwe.com

**CERTIFICATE OF SERVICE**

I, Derek J. Meyer, an attorney, certify that I caused a copy of the foregoing **Notice of Dismissal** to be served on all parties listed on the following via the Court's CM/ECF system or if such person(s) is not subscribed to the same, via U.S. Mail. on this 10th day of April, 2007.

>Maura K. Monaghan, Esq.
>Mark P. Goodman, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, New York 10022
>
>Arthur W. Friedman
>Miller Shakman & Beem LLP
>180 North LaSalle Street
>Suite 3600
>Chicago, IL 60601

>           s/      Derek J. Meyer
>Attorney for Paterno Imports Ltd., d/b/a Terlato Wines International

CHI99 4966756-1.063476.0024